# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:15-M -08931(1) |
|  | § |
| (1) Inderjeet Singh | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 23, 2015** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On September 23, 2015, the defendant, Inderjeet SINGH, a native and citizen of India, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."

Continued on the attached sheet and made a part of hereof:  ☐ Yes  **X** No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Beattie, John A
Border Patrol Agent

09/25/2015                                                at   DEL RIO, Texas
File Date                                                      City and State

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE                                          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

United States of America         §
                                 §
vs.                              §    Case Number:  DR:15-M -08931(1)
                                 §
(1) Inderjeet Singh               §
*Defendant*

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Corby Windham is hereby APPOINTED to represent the above named defendant.

This appointment shall remain in effect until the case is terminated or a attorney is appointed.

ORDERED on  25 of September, 2015.

_____
VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:15-M -08931(1) |
| | § |
| (1) Inderjeet Singh | § |

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Inderjeet Singh, was presented by counsel, Corby Windham.

The defendant pled guilty to the complaint on October 07, 2015. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | September 23, 2015 |

As pronounced on October 07, 2015, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of 17 days with credit for time already served. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 7th day of October, 2015.

_____
VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM #: 59042380